Decision Per Curiam.

Frank Marston and T. W. Finch, Copartners under the Louisville and Nashville Railroad Company, Defendant in Error.

## DIVISION A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

*Liddon & Eagan,* for Plaintiff in Error.

*W. A. Blount,* for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.